United States District Court
Southern District of Texas

**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CYNTHIA GOODSON, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-05645 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| JEFFERSON CAPITAL | § | |
| SYSTEMS, LLC, *et al*, | § | |
| Defendants. | § | |

**ORDER**

Plaintiff Cynthia Goodson brought this action on November 24, 2025. Dkt 1. Defendant Torres Auto Recovery was served on December 9, 2025. Dkt 7. It was served within a judicial district of the United States and didn't waive service. Rule 12(a)(1)(A)(i) thus required it to answer or file an otherwise responsive pleading within twenty-one days of service. This meant December 30, 2025. It hasn't done so.

Rule 55(a) provides, "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Plaintiff thus moves for entry of default against Torres Auto Recovery. Dkt 23.

The motion by Plaintiff Cynthia Goodson, for entry of default against Defendant Torres Auto Recovery is GRANTED. Dkt 23.

The Clerk is ORDERED to enter default against Defendant Torres Auto Recovery.

SO ORDERED.

Signed on ___April 06, 2026___, at Houston, Texas.

_____

Honorable Charles Eskridge
United States District Judge